1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff Robert Dodson

6

7  ROBERT WEISS, SBN 118842
   NARVID SCOTT, LLP
   15060 VENTURA BOULEVARD, SUITE 490
8  SHERMAN OAKS, CALIFORNIA 91403
   Telephone: (818) 907-8986
9  Fax: (818) 907-9896

10 Attorney for Defendant National Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV. S-07-02143-MCE-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| NATIONAL STORES, INC., et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendant, NATIONAL STORES, INC. dba FALLAS PAREDES #0135, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 31, 2008                    DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff Robert Dodson

Dated: March 31, 2008                    NARVID SCOTT, LLP


 /s/ Robert Weiss
ROBERT WEISS
Attorney for Defendant National Stores, Inc.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-02143-MCE-EFB, is hereby dismissed with prejudice.

Dated: April 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE